# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| KEVIN M. KEMP, | ) | |
| Plaintiff, | ) ) | Case No. 2:15-cv-00706-GMN-GWF |
| vs. | ) ) | **ORDER** |
| CAROLYN W. COLVIN, acting Commissioner of Social Security Administration, | ) ) ) | |
| Defendant. | ) ) | |

This matter is before the Court on Marc V. Kalagian's Motion to Withdraw as Attorney of Record for Plaintiff Kevin Kemp (#21), filed October 19, 2015. To date, no party has filed an opposition to this motion and the time for opposition has now expired. Furthermore, the movants substantially establish good cause for the withdrawal. Accordingly,

**IT IS HEREBY ORDERED** that Marc V. Kalagian's Motion to Withdraw as Attorney of Record for Plaintiff Kevin Kemp (#21) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall add the last known address of Plaintiff Kevin Kemp to the civil docket:

**KEVIN KEMP
1703 H STREET
LAS VEGAS, NV, 89106**

**IT IS FURTHER ORDERED** that the Clerk of the Court shall serve Plaintiff with a copy of this order at his last known addresses listed above.

. . .

. . .

. . .

**IT IS FURTHER ORDERED** that Plaintiff shall submit his Motion for Remand no later than **December 15, 2015**.

**DATED** this 13th day of November, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge