# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN M. KEMP, | |
| Plaintiff, | Case No. 2:15-cv-00706-GMN-GWF |
| vs. | **ORDER** |
| CAROLYN W. COLVIN, acting Commissioner of Social Security Administration, | **Motion for Extension (#23)** |
| Defendant. | |

This matter is before the Court on Plaintiff's Motion for Extension (#23), filed on December 11, 2015.

Plaintiff requests an additional sixty (60) days in which to retain an attorney and submit his Motion for Remand, which is currently due on December 15, 2015. *See* Order (#22). Upon review and consideration,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Extension (#23) is **granted**. Plaintiff shall submit his Motion to Remand no later than **February 15, 2016**.

DATED this 15th day of December, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge