# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN M. KEMP,<br><br>                    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, acting Commissioner of Social Security Administration,<br><br>                    Defendant. | Case No. 2:15-cv-00706-GMN-GWF<br><br>**ORDER**<br><br>**Motion for Extension (#26)** |

This matter is before the Court on Plaintiff's Motion for Extension (#26), filed on February 12, 2016.

Plaintiff requests an additional sixty (60) days in which to retain an attorney and submit his Motion for Remand, which was currently due on February 15, 2016. *See Order (#24)*. Plaintiff represents that he has been diligently attempting to find representation but has been unsuccessful. Upon review and consideration,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Extension (#26) is **granted**. Plaintiff shall file his Motion to Remand no later than **April 29, 2016**.

DATED this 29th day of February, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge