# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN M. KEMP,  Plaintiff, vs. CAROLYN W. COLVIN, acting Commissioner of Social Security Administration, Defendant. | Case No. 2:15-cv-00706-GMN-GWF  **ORDER** |

This matter is before the Court on Plaintiff's Motion for Extension (#28), filed on April 27, 2016.

Plaintiff requests an additional sixty (60) days to submit his motion for remand, which is currently due on April 29, 2016. Plaintiff represents that he has obtained a lawyer who needs additional time to review his case prior to filing the motion for remand. The Court finds good cause to justify an extension. However, Plaintiff is advised that the Court will not grant any future extensions absent a showing of extraordinary circumstances. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Extension (#28) is **granted**. Plaintiff shall file his motion for remand no later than **June 28, 2016**.

DATED this 29th day of April, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge