# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN KEMP, | |
| Plaintiff, | Case No. 2:15-cv-00706-GMN-GWF |
| vs. | **ORDER** |
| CAROLYN W. COLVIN, acting Commissioner of Social Security Administration, | |
| Defendant. | |

This matter is before the Court on Plaintiff's Motion for Extension (ECF No. 30), filed on June 27, 2016.

Plaintiff requests a fourth extension to file his motion for remand, which was due on June 28, 2016. Plaintiff represents that he has consulted with an attorney who needs additional time to review his case. Plaintiff further represents that he suffers from medical conditions that have impeded the process of retaining an attorney. The Court finds good cause to justify an extension.

Plaintiff is advised that this is the final extension that the Court will grant to Plaintiff to file his motion for remand. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Extension (ECF No. 28) is **granted**. Plaintiff is granted a 30 day extension and shall file his motion for remand no later than **July 29, 2016**.

DATED this 29th day of June, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge