UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KEVIN K. KEMP,

        Plaintiff,

vs.

NANCY A. BERRYHILL,

        Defendant.

Case No.: 2:15-cv-00706-GMN-GWF

**ORDER ACCEPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE GEORGE FOLEY**

Before the Court for consideration is the Report and Recommendation, (ECF No. 32), of the Honorable Geroge Foley, United States Magistrate Judge, entered February 16, 2017.

Pursuant to Local Rule IB 3-2(a), objections were due by March 2, 2017.  No objections have been filed.  In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and agrees with Magistrate Judge Foley's recommendations that Plaintiff's Complaint, (ECF No. 3), be dismissed without prejudice. Therefore, the Court has determined that Magistrate Judge Foley's Recommendation should be **ACCEPTED** and **ADOPTED** in full.

**IT IS THEREFORE ORDERED** that the Report and Recommendation, (ECF No. 32), is **ACCEPTED and ADOPTED in full.**  The Complaint, (ECF No. 3), is **DISMISSED without prejudice**.  The Clerk of Court shall close the case.

**DATED** this __28__ day of March, 2017.

                                                                _____
                                                                Gloria M. Navarro, Chief Judge
                                                                United States District Judge